**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-25298-MORENO**

THE GALLEON GUILD LTD,

*Plaintiff*,

v.

The Partnerships, Unincorporated Associations Identified
on Schedule A,

*Defendants*.

_____/

**<u>NOTICE OF FILING PROPOSED SUMMONS</u>**

Plaintiff, THE GALLEON GUILD LTD, files this Notice of Filing of Proposed
Summonses, and respectfully requests the Clerk's issuance of the accompanying summonses for
Defendants, the Partnerships, Unincorporated Associations Identified on Schedule A, attached
hereto, in accordance with the Court Order authorizing alternative service of process [ECF No. 15].

January 21, 2026.                    Respectfully submitted,

                                     /s/ Andrew Palmer
                                     Andrew J. Palmer
                                     Palmer Law Group, P.A.
                                     110 East Broward Blvd, Suite 1700
                                     Fort Lauderdale, FL 33301
                                     Phone: 954-771-7050
                                     ajpalmer@palmerlawgroup.com
                                     *Counsel for Plaintiff*