# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 25-cv-25298-MORENO

THE GALLEON GUILD LTD,

     *Plaintiff*,

 v.

The Partnerships, Unincorporated Associations Identified
on Schedule A,

     *Defendants*.

_____ /


## CERTIFICATE OF SERVICE
## NOTICE OF MOTION FOR PRELIMINARY INJUNCTION

  I hereby certify that on February 5, 2026, I sent an email to all Defendants identified on Schedule A, using the email addresses provided by third-party e-commerce platforms. This email notifies Defendants that Plaintiff has filed a Motion for Preliminary Injunction against them.

  The relevant document [ECF No. 18] was attached to the email, and the following link was also included in the email: https://cloud.palmerlawgroup.com/index.php/s/EMUcHFpAXF4aI57.


February 5, 2026.        Respectfully submitted,

          /s/ Andrew J. Palmer_____
          Andrew J. Palmer
          Palmer Law Group, P.A.
          110 East Broward Blvd, Suite 1700
          Fort Lauderdale, FL 33301
          Phone: 954-771-7050
          ajpalmer@palmerlawgroup.com
          *Attorney for Plaintiff*

1