**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:  25-25298-CIV-MORENO**

THE GALLEON GUILD LTD,

        *Plaintiff*,

  v.

The Partnerships, Unincorporated Associations Identified
on Schedule A,

        *Defendants*.

_____ /

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff THE GALLEON GUILD LTD, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the following two Defendants with prejudice. Each party shall bear its own costs and fees.

| Def. No. | Seller Aliases | Defendants' Walmart Store URLs |
|---|---|---|
| 4 | HUALIU | https://www.walmart.com/global/seller/102859026 |
| 7 | Xiuwd | https://www.walmart.com/global/seller/102931827 |

March 18, 2026.

                        Respectfully submitted,

                        /s/ Andrew Palmer
                        Andrew J. Palmer
                        Palmer Law Group, P.A.
                        110 East Broward Blvd, Suite 1700
                        Fort Lauderdale, FL 33301
                        Phone: 954-771-7050
                        ajpalmer@palmerlawgroup.com
                        *Attorney for Plaintiff*

1